

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-19-00181-CV

**IN RE BRUINGTON ENGINEERING LTD.**, Schlumberger Technology Corp., Schlumberger Services Inc., and Schlumberger Limited

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice
     Liza A. Rodriguez, Justice

On March 28, 2019, this court issued an order staying all proceedings in the underlying case pending final resolution of the petition for writ of mandamus. The next day, the real party in interest filed an emergency motion to lift the stay. After considering the real party in interest's motion, the motion is GRANTED and the stay of all trial court proceedings is LIFTED.

It is so **ORDERED** on April 1, 2019.

                     PER CURIAM

ATTESTED TO: _____
       Keith E. Hottle,
       Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 7,767 and 8,310, styled *Pedernal Energy, L.L.C. v. Schlumberger Technology Corp., et al.* and *Pedernal Energy, L.L.C. v. Bruington Engineering, Ltd.* respectively, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.